### Ray F. DeLong and James F. Collins, Appellees, v. Thomas J. Hruby, Appellant.

#### Gen. No. 22,563. (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. J. J. COOKE, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed January 8, 1917.

### Statement of the Case.

Action by Ray F. DeLong and James F. Collins, plaintiffs, against Thomas J. Hruby, defendant, to recover a balance of $500 of a deposit of $1,500 made by plaintiffs with defendant under an agreement for the lease of a building to be erected by the defendant. From a judgment for plaintiffs for $500, defendant appeals.

The declaration was merely described as ''Narr. Filed by and in name of Ray F. DeLong alone. Common counts, unverified.'' Then follows: ''Pleas of defendant, 1st, General issue; second, On July 2, 1914, plaintiff by his deed bearing date of that day, released defendant. Affidavit of meritorious defense.'' There were also other deficiencies in the abstract.

OTTO L. KOLAR, for appellant.

CHARLES W. STIEFEL and JOHN B. HEINEMANN, for appellees.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 866*—*what does not constitute an abstract.* A purported abstract *held* to be a mere index.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

2. APPEAL AND ERROR, § 1752*—*when judgment must be affirmed.* In the absence of a sufficient abstract of record, a judgment must be affirmed.

3. APPEAL AND ERROR, § 1303*—*when presumed that verdict of jury is justified from evidence.* In the absence of a complete bill of exceptions showing all the testimony and evidence submitted to the jury, it must be presumed on appeal that the jury were justified from the evidence in finding that plaintiff had established his claim.